UNITED STATES DISTRICT COURT
NORTHEN DISTRICT IF GEORGIA
ATLANTA DIVISION

DEMARKUS TAYLOR, on behalf of himself
and all others similarly situated,

  Plaintiff,

CASE NO.:  1:19-cv-01561-AT

-vs-

ALLY FINANCIAL INC.,

  Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, DEMARKUS TAYLOR, and the Defendant, ALLY FINANCIAL INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of January, 2021.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Ethan Ostroff* |
| Octavio "Tav" Gomez, Esquire | Ethan G. Ostroff, Esquire |
| Morgan & Morgan, Tampa, P.A. | *Admitted Pro Hac Vice* |
| One Tampa City Center | Troutman Sanders LLP |
| 201 N. Franklin St., 7th Floor | 222 Central Park Ave., Suite 2000 |
| Tampa, FL 33602 | Virginia Beach, Virginia 23462 |
| Tele: 8132256745 | Tele: 757-687-7765 |
| Fax: 8132224725 | Fax:  757-687-7515 |
| tgomez@forthepeople.com | Ethan.ostroff@troutman.com |
| Georgia Bar #: 617963 | Attorney for Defendant |
| Attorney for Plaintiff | |